# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUNG BAE, a/k/a "John"

**MAGISTRATE JUDGE NOLAN**

WARRANT FOR ARREST

CASE NUMBER:

**07CR 799**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JUNG BAE, a/k/a "John"
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a CRIMINAL COMPLAINT charging that:

Beginning in or about November 2003, and continuing until in or about June 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, JUNG BAE and others did conspire with each other and other persons known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute controlled substances, namely, more than 500 grams of mixtures containing a detectable amount of methamphetamine, a Schedule II controlled substance, quantities of 3,4-methylenedioxymethamphetamine (commonly known as "Ecstasy" or "MDMA"), a Schedule I controlled substance, and 100 kilograms or more of mixtures containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

| | |
|---|---|
| NAN R. NOLAN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Nan R. Nolan | December 5, 2007, at Chicago, Illinois |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | FILED 12-6-07 DEC - 6 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| Bail fixed at $ _____ by _____ | |
| | Name of Judicial Officer |

## RETURN

This warrant was re...

| DATE RECEIVED 12/05/07 | ...OFFICER Chris Yoder Special Agent | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 12/06/07 | | |