CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

USA V.S. BAE

FOR: Initial appearance
AT: Northern District of Illinois

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name)
▶ JUNG BAE

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

FILED
DEC 06 2007  12-6-07
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

DOCKET NUMBERS
Magistrate:
District Court: ▶ 07 CR 799 - 13
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

---

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Midwest Graphics 180 N. Wacker
IF YES, how much do you earn per month? $ 2000/mth Net
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: NONE  $ _____
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 1000
DESCRIPTION: 1979 Toyota Landcruiser

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Student Loan | $ 4000 | $ 200 |
| | Auto Insurance | $ | $ 50 |
| | Cell Phone | $ | $ 100 |
| | Family - Rent | $ | $ 1000 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/6/2007

SIGNATURE OF DEFENDANT ▶
(OR PERSON REPRESENTED)