MAGISTRATE JUDGE NOLAN

04 GJ 1046

07 cr 799

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE RONALD GUZMAN | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 CR 0799 | DATE | FEBRUARY 13, 2008 |
| CASE TITLE | US v. JU WEN ZHOU, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge: *Maria Valdez*

RECEIVED FEB 13 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO YVONNE LAW, THOMAS MAN LUNG LO, IVAN MYINT, JORGE HUERTA & CARLOS PANADERO JR. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO SUSAN CHEN, YONG OUYANG, LI XIEN WU, SEJIN OH, JONG KYUN CHAE, MELVIN DUMANLANG, ANDREW SO, HENRY CHUN, MICHAEL CRUZ, ROBERTO VALDEZ, MICHAEL MYINT, & JOAHAN TRUJILLO. TO SET PRELIMINARY BAIL AT $25,000.00 (UNSECURED) AS TO JERRY LEFT & HUBERT CHOW. ARREST WARRANTS ISSUED DECEMBER 5, 2007 AS TO JU WEN ZHOU, KENNETH QUOC LUONG, SU JENG CHEN, & CARLO PANADERO. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANTS ARE FUGITIVES.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
|  | ) |
| JU WEN ZHOU, a/k/a "Goi," | ) |
| KENNETH QUOC LUONG, a/k/a "Kenny," | ) |
| YVONNE LAW | ) |
| SU JUNG CHEN, a/k/a "Tina," | ) |
| SUSAN CHEN, a/k/a "Sue," | ) |
| THOMAS MAN LUNG LO, a/k/a "Tommy Lo," | ) |
| YONG OUYANG, a/k/a "Alun," | ) |
| LI XIEN WU, a/k/a "Ray," | ) |
| SEJIN OH, a/k/a "Lee," | ) |
| JONG KYUN CHAE, a/k/a "Big John," | ) |
| CARLO PANADERO, a/k/a "Chito" and "Ted," | ) |
| CARLOS PANADERO JR., a/k/a "CJ," | ) |
| JUNG BAE, a/k/a "John," | ) |
| MELVIN DUMANLANG, | ) |
| ANDREW SO, | ) |
| HENRY CHUN, | ) |
| MICHAEL CRUZ, | ) |
| ROBERTO VALDEZ, | ) |
| MICHAEL MYINT, | ) |
| JORGE HUERTA, | ) |
| JOAHAN TRUJILLO, | ) |
| IVAN MYINT, | ) |
| JERRY LEFT, and | ) |
| HUBERT CHOW | ) |